| | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Aug 7 2006 5:09PM MDT<br>Filing ID: 12003741<br>Review Clerk: Debra Crosser |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br><br>Boulder Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302<br>**Plaintiff: DIANA MONTOYA**<br><br>v.<br><br>**Defendant(s): THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS** | |
| | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>Name:   Brian A. Murphy, #30918<br>             Lee A. Berish, #34170<br>             Brian A. Murphy & Associates, LLC<br>Address: 1525 Josephine Street<br>             Denver, CO 80206<br>Phone Number: (303) 316-0813<br>Fax Number:    (303) 320-0827 | Case Number: 06CV791<br><br>Division:        Courtroom: |
| **RETURN OF SERVICE** | |

COMES NOW Plaintiff Diana Montoya, by her attorneys, Brian A. Murphy & Associates, LLC, and files the attached Return Of Service.

Dated this 7th day of August, 2006.

Respectfully submitted:

/s/ Lee A. Berish
Lee A. Berish    #34170

*Duly signed original on file at Brian A. Murphy & Associates, LLC*

ATTORNEYS FOR PLAINTIFF
DIANA MONTOYA

EXHIBIT A

## RETURN OF SERVICE

Case No. 06CV791

STATE OF COLORADO )
) ss.
City & County of Denver )

EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Aug  7 2006  5:09PM MDT
Filing ID: 12003741
Review Clerk: Debra Crosser

I, Matthew M. VanderKaay, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS, three true and correct copies of the within Summons, together with Complaint and Jury Demand, and District Court Civil Case Cover Sheet, by handing and delivering to RANDOLPH C. WILSON personally, as Designee to the Colorado Insurance Commissioner, as Agent to THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS, at 1560 Broadway, Unit 850, City of Denver, County of Denver, State of Colorado, on August 4, 2006 at 1:24 p.m. RANDOLPH C. WILSON being over the age of eighteen years.

Matthew M. VanderKaay
Private Process Server

Subscribed and sworn before me on August 7, 2006.
My commission expires on 06-26-10.

Notary Public
438 Bannock Street
Denver, CO  80204