| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br><br>Court's Address:  1777 6th Street<br>                  Boulder, CO 80302 | |
| Plaintiff:  **DIANA MONTOYA,**<br><br>v.<br><br>Defendant:  **THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS.** | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendant The Travelers Indemnity Company of Connecticut, a Connecticut Corporation (incorrectly named as The Travelers Insurance Company a/k/a St. Paul Travelers):<br><br>David B. Gelman, #26724<br>Jennifer C. Madsen, #32138<br>KENNEDY CHILDS & FOGG, P.C.<br>1050 Seventeenth Street, #2500<br>Denver, Colorado  80265<br>Phone: (303) 825-2700<br>Fax:    (303) 825-0434<br>E-mail: dgelman@kcfpc.com<br>        jmadsen@kcfpc.com | Case Number: **2006 CV 791**<br><br>Div: |
| **NOTICE OF FILING** | |

TO:   THE CLERK OF THE DISTRICT COURT, BOULDER COUNTY,
      STATE OF COLORADO

      Brian A. Murphy, Esq.
      Lee A. Berish, Esq.
      Brian A. Murphy & Associates, LLC
      1525 Josephine Street
      Denver, Colorado 80206

       Notice if hereby given that on September 1, 2006, Defendant The Travelers Indemnity Company of Connecticut, a Connecticut Corporation ("Travelers"), without waiving, and specifically reserving all defenses, objections, exceptions and motions, filed Defendant's Notice of Removal of the above captioned action from the District Court, Boulder County, State of Colorado, to the United States District Court for the District of Colorado.  The Notice of Removal is attached hereto as Exhibit A.

**EXHIBIT C**

Dated this 1st day of September, 2006.

                        Respectfully submitted,

                        KENNEDY CHILDS & FOGG, P.C.

                        /s/ David B. Gelman

                        David B. Gelman
                        Jennifer C. Madsen
                        1050 Seventeenth Street, Suite 2500
                        Denver, Colorado 80265-2080
                        Office: (303) 825-2700
                        Fax: (303) 825-0434
                        Email: dgelman@kcfpc.com
                                    Jmadsen@kcfpc.com

                        *Attorneys for The Travelers Indemnity Company of Connecticut, a Connecticut Corporation*

<u>Defendant's Address</u>:
One Tower Square
Hartford, Connecticut 06183

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of September, 2006, a true and correct copy of the above and foregoing **NOTICE OF FILING** was served via *Lexis Nexis File and Serve* to the following party:

Brian A. Murphy, Esq.
Lee A. Berish, Esq.
Brian A. Murphy & Associates, L.L.C.
1525 Josephine Street
Denver, Colorado 80206

/s/ Veronica Holter
_____
Veronica Holter, CLA

*In accordance with C.R.C.P. 121 §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

---

## NOTICE OF REMOVAL

---

Defendant, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, incorrectly named as The Travelers Insurance Company a/k/a St. Paul Travelers, by and through its attorney, DAVID B. GELMAN and JENNIFER C. MADSEN of KENNEDY CHILDS & FOGG, P.C., and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the above action from the District Court of the State of Colorado, County of Boulder, to the United States District Court for the District of Colorado. Copies of all pleadings in the state file of which this Defendant is aware of are filed with this Notice.

In support, Defendant states as follows:

1. The Travelers Indemnity Company of Connecticut, incorrectly named as Travelers Insurance Company a/k/a St. Paul Travelers, a Connecticut corporation ("Travelers"), is a Defendant in a civil action filed August 3, 2006, in the District Court for the County of Boulder entitled *Diana Montoya v. The Travelers Insurance Company a/k/a St. Paul Travelers*, Boulder

**EXHIBIT A**

County District Court Case No. 2006 CV 791.

2. Defendant Travelers was served with the Complaint and Jury Demand on August 4, 2006. *See Exhibit A, Return of Service*. All pleadings served on Defendant, as well as all pleadings filed in the Boulder County District Court, are attached as *Exhibits A & B*. No hearings have been set in the state court. Defendant's removal is timely under 28 U.S.C. § 1446(b) as it is filed within thirty days of service of the Summons and the Complaint and Jury Demand.

3. This is an action in which the District Courts of the United States have original jurisdiction under the provisions of 28 U.S.C. § 1331, in that diversity of citizenship exists between the Plaintiff and the Defendant, and are based upon the amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs.

4. Based on the allegations of the Complaint, Plaintiff is a citizen and domicile of the State of Colorado. *See Exhibit B, Complaint and Jury Demand* at ¶ 1.

5. Defendant Travelers is a Connecticut corporation with a principal place of business at One Tower Square, Hartford, Connecticut 06183. *See Exhibit B, Complaint and Jury Demand* at ¶ 2.

6. Plaintiff's Complaint alleges several claims for relief including Breach of Contract, Deceptive Trade Practice, Negligent Misrepresentation, Fraud and Bad Faith Breach of Insurance Contract. *Exhibit B, Complaint,* ¶¶ 47-87. Plaintiff is seeking damages in excess of $100,000.00. *See Exhibit B, District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint,* ¶ 1. Based on these damages claimed, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

7. The United States District Court for the District of Colorado is the appropriate

court for filing a Notice of Removal from the District Court for the County of Boulder, Colorado, where the action was originally filed, and is proper in this District pursuant to 28 U.S.C. § 1441(a).

8. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

9. Under 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of the original Notice of Removal will be filed with the Clerk of the District Court for the County of Boulder, Colorado, and served on the attorney for the Plaintiff as indicated in the attached Certificate of Service.

WHEREFORE, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, removes this action from the District Court for the County of Boulder, State of Colorado, to the United States District Court for the District of Colorado.

DATED this 1st day of September, 2006.

Respectfully submitted,

KENNEDY CHILDS & FOGG, P.C.

s/ David B. Gelman

David B. Gelman
Jennifer C. Madsen
1050 Seventeenth Street, #2500
Denver, Colorado 80265-2080
Office: (303) 825-2700
Fax:    (303) 825-0434
Email: dgelman@kcfpc.com
       jmadsen@kcfpc.com

*Attorneys for The Travelers Indemnity Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2006, a true and correct copy of the above and foregoing **NOTICE OF REMOVAL** was filed electronically using the Lexis/Nexis File & Serve system as required by the State Court in *Diana Montoya v. The Travelers Insurance Company a/k/a St. Paul Travelers*, Boulder County District Court Case No. 2006 CV 791, and served electronically using the ECF File & Serve system to provide electronic copies to the following party:

Brian A. Murphy, Esq.
Lee A. Berish, Esq.
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206

s/ *Veronica Holter*

Veronica Holter, CLA