## SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file a copy of each of the state court pleadings.

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal
DIANA MONTOYA

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation (Incorrectly named as The Travelers Insurance Company, a/k/a St. Paul Travelers)

### Section C - Pending Motions As of Date of Removal
Title of Motion:

1) _____
2) _____
3) _____
4) _____

(Use reverse for additional information if necessary)

Date Motion Filed:

### Section D - Hearings

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

Signature of Attorney for Removing Party
Telephone Number: (303) 825-2700
Date: September 1st, 2006

State Court Case No.:
2006 CV 791

(Rev. 04/06/06)