nFri Sep  1 14:45:45 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 270703
Cashier       stacie

C.C. Number: SEE CC REC          03/08

DO Code    Div No
4613       1

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:510000 | N    | 4      | 190.00 |
| 2:086900 | N    | 4      | 60.00  |
| 3:086400 | N    | 4      | 100.00 |

Total Amount        $    350.00

FROM JENNIFER C MADSEN, SG

06-CV-01735, NEW COMPLAINT, SG