# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

---

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

---

Defendant, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, incorrectly named as The Travelers Insurance Company a/k/a St. Paul Travelers, by and through its attorney, DAVID B. GELMAN and JENNIFER C. MADSEN of KENNEDY CHILDS & FOGG, P.C., move for an extension until September 13, 2006 to respond to plaintiff's complaint.

### Certificate of Compliance with Rule 7.1

Counsel for Defendant conferred with Brian Murphy, Esq., counsel for Plaintiff. Plaintiff does not oppose the requested extension.

### Motion for Extension of Time

1.  This matter was removed from the District Court, Boulder, Colorado to the Federal District Court. Defendant was served with the Complaint on August 4, 2006. However, before defendant responded to the Complaint, it filed the notice of removal on September 1, 2006. Under Fed. R. Civ. P. 81(c), defendant's response to the complaint is due on September 11, 2006.

2.      Under Fed. R. Civ. P. 6(b) and D.C.COLO. LCivR. 6.1(B), defendant moves for a two-day extension of time in which to respond to plaintiff's complaint.

3.      Additional time is necessary in order to adequately investigate the facts underlying the complaint in order to comply with the requirements of Rule 11, to determine the appropriate defenses which should be asserted and to prepare the necessary pleadings.

4.      No party will be prejudiced by the Court granting the relief requested. This is the first requested extension. Pursuant to D.C.COLO. LCivR 6.1(D), the undersigned counsel certifies that a copy of this motion has been served on the moving attorney's client and all counsel of record. There are no *pro se* parties.

5.      A proposed order is submitted with this request.

WHEREFORE, Defendant THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, respectfully requests that this Court grant an extension of time, up to and including September 13, 2006, in which to file its Answer or other responsive pleading.

DATED this 6th day of September, 2006.

Respectfully submitted,

KENNEDY CHILDS & FOGG, P.C.

*s/ Jennifer C. Madsen*

---

David B. Gelman
Jennifer C. Madsen
1050 Seventeenth Street, #2500
Denver, Colorado 80265-2080
Office: (303) 825-2700
Fax:    (303) 825-0434
Email: dgelman@kcfpc.com
       jmadsen@kcfpc.com

*Attorneys for The Travelers Indemnity Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2006, a true and correct copy of the above and foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** was filed electronically using the ECF File & Serve system and served electronically or by mail to the following individuals:

Brian A. Murphy, Esq.
Lee A. Berish, Esq.
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206

Eve N. Dodson, CPCU (via U.S. Mail)
Unit Manager
Travelers
6060 So. Willow Drive
Greenwood Village, CO 80111

*s/ Veronica Holter*

_____
Veronica Holter, CLA