UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

---

### ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

---

This COURT having considered Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint, and being otherwise informed in the premises;

Does hereby GRANT this motion.  Defendant shall have a two-day extension of time up to and including September 13, 2006 to respond to plaintiff's Complaint.

Dated this _____ day of _____, 2006

_____
District Court Judge