**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

_____

**ORDER RE: UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**
_____

This COURT having considered Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint, and being otherwise informed in the premises;

Does hereby GRANT this motion.  Defendant shall have a two-day extension of time up to and including September 13, 2006 to respond to plaintiff's Complaint.

Dated this 8th day of September, 2006

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge