UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

---

TRAVELERS'S MOTION TO SUBMIT TRUE COPY OF
PLAINTIFF'S COMPLAINT AND JURY DEMAND

---

Defendant The Travelers Indemnity Company of Connecticut incorrectly named as Travelers Insurance Company a/k/a St. Paul Travelers, a Connecticut corporation (Travelers), through counsel David B. Gelman and Jennifer C. Madsen of Kennedy Childs & Fogg, P.C., moves to submit a correct copy of plaintiff's Complaint and Jury Demand:

1. Travelers removed this case from state court to the United States District Court for the District of Colorado based on diversity jurisdiction under the provisions of 28 U.S.C. § 1331.

2. With the Notice of Removal, Travelers attached as Exhibit B plaintiff's Complaint and Jury Demand. The Complaint and Jury Demand that was attached as Exhibit B is not complete and is missing the text at the bottom of each page. Travelers submitted a the complaint that had been faxed and the fax machine cut off the bottom each page. Counsel for Travelers was not aware, at the time, that this was not a true copy of the complaint.

3. Attached as Exhibit A, Travelers submits a true copy of plaintiff's Complaint and

Jury Demand.

4. A proposed order is attached.

WHEREFORE, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, moves this Court for order allowing it to submit a true copy of plaintiff's Complaint and Jury Demand.

DATED this 19th day of October, 2006.

                                      KENNEDY CHILDS & FOGG, P.C.

                                      s/ Jennifer C. Madsen
                                      David B. Gelman, Esq.
                                      Jennifer C. Madsen, Esq.
                                      1050 Seventeenth Street, Suite 2500
                                      Denver, Colorado 80265-2080
                                      Office: (303) 825-2700
                                      Email: dbg@kcfpc.com
                                                    jmadsen@kcfpc.com

                                      *Attorneys for Defendant Travelers Indemnity*
                                      *Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2006, a true and correct copy of the above and foregoing **TRAVELERS'S MOTION TO SUBMIT TRUE COPY OF PLAINTIFF'S COMPLAINT AND JURY DEMAND** was filed and served electronically using the ECF File & Serve system to provide electronic copies to the following party:

Brian A. Murphy, Esq.
Lee A. Berish, Esq.
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206

*s/ Veronica Holter*

_____

Veronica Holter, CLA