UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

Defendant.

---

ORDER RE: TRAVELERS'S MOTION TO SUBMIT TRUE COPY OF
PLAINTIFF'S COMPLAINT AND JURY DEMAND

---

This COURT having considered Travelers's Motion to Submit True Copy of Plaintiff's Complaint and Jury Demand, and being otherwise informed in the premises;

Does hereby GRANT this motion. This Court accepts plaintiff's Complaint and Jury Demand attached as Exhibit A to Travelers's Motion.

Dated this _____ day of _____, 2006

_____
District Court Judge