IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01735-RPM

06-cv-01735-RPM

DIANA MONTOYA,

    Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

    Defendant.


**Minute Order Entered by Senior District Judge Richard P. Matsch:**


M. V. Wentz
  Secretary


    Defendant's motion to submit true copy of plaintiff's complaint (Doc. #12) is granted.


DATED: October 23, 2006