**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 20, 2006
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 06-cv-01735-RPM

DIANA MONTOYA,                                              Lee A. Berish

     Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,                 David B. Gelman
                                                            Jennifer C. Madsen
     Defendant.
_____

**COURTROOM MINUTES**
_____

**Motion Hearing and Scheduling Conference**

**2:27 p.m.**     **Court in session.**

**ORDERED:**      **Caption amended to reflect true defendant Travelers Indemnity Company of Connecticut.**

Discussion regarding case facts, history, and claims.

Mr. Berish states plaintiff is unable to work because of weight restrictions caused by the fracture to her left arm (broken elbow and back injury).

Mr. Berish further states **plaintiff concedes defendant's motion to dismiss CCPA claim**.

**ORDERED:**      **Traveler's Motion to Dismiss Plaintiff's CCPA Claim, filed September 13, 2006 [9], is granted.**

Court and counsel agree to bifurcate breach of contract and bad faith claims.

**ORDERED:**      **Claims are bifurcated and breach of contract will be tried first. Scheduling order approved.**

**2:45 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 18 min.