IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA

Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES**
_____

COMES NOW, Plaintiff Diana Montoya, by and through her attorneys, Brian A. Murphy and Lee A. Berish, and hereby moves this Court to extend the time limit in which Plaintiff and Defendant must file their expert disclosures and as grounds therefore states as follows:

1.  Plaintiff's expert disclosures are due on January 15, 2007and Defendant's expert disclosure are due on February 15, 2007.

2.  Undersigned is scheduled to appear in Grand County District Court for the State of Colorado on Thursday, January 11, 2007. The "weather man" is predicting a severe winter storm to begin that afternoon. Undersigned counsel is concerned with return travel from Grand County. Plaintiff is awaiting reports from her experts who have communicated that they would be able to have them available on or about Friday, January 12, 2007. This sequence of events would not allow Plaintiff sufficient time to draft and submit disclosures should the predicted

-2-

severe winter storm become reality.

3.      Therefore, in an effort to avoid late disclosures and unnecessary motions, undersigned counsel and defense counsel, Jennifer Madsen, have agreed, with the Court's approval, to extend expert disclosure deadlines for 4 additional business days making Plaintiff's expert disclosure deadline until and through January 19, 2007 and Defendant's expert disclosure deadline until and through Wednesday, February 21, 2007.

WHEREFORE, Plaintiff Diana Montoya, respectfully requests this Court extend the time limit in which Plaintiff must file her expert disclosures until and through Friday, January 19, 2007 and extend the time limit in which Defendant must file its expert disclosures until and through Wednesday, February 21, 2007.

Respectfully submitted this 9th day of January, 2007.

 s/ Lee A. Berish
Lee A. Berish
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
Telephone:    (303) 316-0813
Fax:              (303) 320-0827
E-mail: brian@brianmurphy.net
*Attorney for Plaintiff Charles Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2007, I requested Lexis/Nexis File and Serve to serve a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE EXPERT DISCLOSURES** addressed to:

David B. Gelman
Jennifer C. Madsen
1050 Seventeenth St, Ste 2500
Denver, CO 80265-2080
*Attorneys for Defendant Travelers Indemnity Company of Connecticut*

    s/ Lee A. Berish
Lee A. Berish
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
Telephone:     (303) 316-0813
Fax:                (303) 320-0827
E-mail: brian@brianmurphy.net
*Attorney for Plaintiff Charles Morgan*