IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01735-RPM

DIANA MONTOYA,

    Plaintiff,

vs.

THE TRAVELERS INSURANCE COMPANY a/k/a ST. PAUL TRAVELERS,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      The Unopposed Motion for Extension of Time to File Expert Disclosures (Doc. #16), filed on January 9, 2007, is granted.  Plaintiff shall file her expert disclosures by January 19, 2007, and Defendant shall file its expert disclosures by February 21, 2007.

DATED: January 10, 2007