# Diana L. Montoya

## Interim Report

11 July 2005

Prepared for
Lee Berish Attorney @ Law

*the Forensic Trio, Inc.*©
PO Box 38 • Louisville CO 80027 • 303 661 0638

CITI 000000028

Montoya, Diana
Lee Berish Attorney at Law
11 July 2005
Page 1 of 2 Pages

# Diana Montoya Interim Report

## 12 July 2005

### 1.0 Forensic Data

The following data was reviewed, analyzed, collected or other wise used in the preparation of this report.

1. The Grand Junction Police Department (GJPD) accident report with diagram and citation to driver Montoya.
2. Deposition of Fred Krettmeyer.
3. Deposition of Diana Montoya.
4. Deposition of Meri Wilmont.
5. Deposition of Jerod Wilson.
6. Aerial photograph of the scene.
7. Photogrammetry analysis of the scene ariel.
8. Research of the VIN and specifications of the Montoya and Wilmont vehicles.
9. On-scene photographs provided to this Consultant.
10. Visual Statement Fx Software: a scale diagram of the scene.
11. Accident Avoidance Analysis, AAA, by SAE Prosource Software.

Plaintiff's counsel has advised that additional forensic data, such as photographs of the Montoya vehicle and the time cycles of the traffic signals at the scene at the time of the accident, will be furnished to this Consultant. After these and any other forensic data is analyzed, this Consultant may have additional opinions or change statements contained here in.

### 2.0 Summary Statements Based on the Forensic Data Analysis

1. Just prior to the impact between the Wilmont and Montoya vehicles, the Montoya vehicle, on a green traffic signal for northbound traffic, pulled forward and was stopped just forward of the

*the Forensic Trio, Inc.*
**PO Box 38 ● Louisville CO 80027 ● 303 661 0638**

south cross walk as driver Montoya was waiting to make a left turn to the west.

2. That driver Krettmeyer, south bound on 1st Street, observed a yellow traffic signal for southbound traffic and stopped his vehicle in lane two southbound at the north side of the north cross walk as the traffic signal turned form yellow to red. As the Krettmeyer vehicle slowed to stop, the Wilmont vehicle was to the left rear of the Krettmeyer vehicle in southbound lane one.

3. That the Wilmont vehicle, southbound on 1st Street in lane one, entered the intersection on a red traffic signal at a speed of approximately 32 mph and impacted the Montoya vehicle as it was completing a left turn.

4. That driver Jerod Wilson, southbound in lane one on 1st street, and several feet, "about three car lengths" to the south of the Wilmont vehicle, passed through the intersection on a green traffic signal, heard the impact, looked in his rear view mirror and saw the Wilmont and Montoya vehicles post impact.

5. That driver Wilmont ran a red traffic signal, impacted the Montoya vehicle and as a result, driver Montoya sustained personal injuries.

## 3.0 Certification

This report is certified as truce and correct based on the forensic data analyzed.

*Max J. Scott*

Max J. Scott, President
*the Forensic Trio, Inc.*

*the Forensic Trio, Inc.*
**PO Box 38 • Louisville CO 80027 • 303 661 0638**



CITI 000000031