

**RPSA**
Raymond P. Smith & Associates, Inc.

Accident Investigation & Reconstruction • Biomechanics • Injury Causation

January 18, 2007

Brian A. Murphy & Associates
1525 Josephine Street
Denver, Colorado 80206

Attn:  Mr. Lee Berish

Re:  Collision – July 31, 2002 15:35
     1st Street & Main Street
     Grand Junction, Colorado
     Montoya & Wilmot

Subject:  Preliminary Report

Dear Mr. Berish,

   The State of Colorado Traffic Accident Report for the referenced collision has been reviewed. The photographs provided were considered. The emergency room and ambulance records for Ms. Montoya were reviewed. The depositions of Mr. Wilson, Mr. Krettmeyer, Ms. Montoya and Ms. Wilmot were read, as was the statement of Ms. Montoya. The traffic signal timing and an aerial photograph of the scene were obtained. Based on this information, the collision was reconstructed and this report has been prepared.

   The following information was considered:

   1. According to the Accident Report, the Montoya vehicle, a 1989 Chrysler Lebaron, was northbound on 1st Street.

   2. According to the Accident Report, the Wilmot vehicle, a 1986 Chevrolet Blazer, was southbound on 1st Street.

   3. According to the Accident Report, the Montoya vehicle turned left in front of the Wilmot vehicle and was struck by the Blazer. The Accident Report Diagram indicates that the left front of the Wilmot vehicle struck the right front of the Montoya vehicle.

   4. According to the Accident Report, witness Jerod Wilson stated that he was right in front of the Wilmot vehicle. Mr. Wilson reported that he entered the intersection on a green light.

   5. According to the Accident Report, witness Joy Ausborne stated that she saw the Montoya vehicle turn left and be struck by the Wilmot vehicle.

   6. According to the Accident Report, witness Gary Hamilton stated that he saw the Montoya vehicle turn on a solid green light and be struck by the Wilmot vehicle.

January 18, 2007<br>
Page 2<br>
Montoya & Wilmot

7. According to the Accident Report, witness Fred Krettmeyer reported that he was southbound on 1st Street. Mr. Krettmeyer related that he stopped for a yellow light and the Wilmot vehicle entered the intersection against a red light.

8. According to the Accident Report, both drivers were wearing seat belts. Ms. Montoya was reported to have evident, incapacitating injuries. Ms. Wilmot was listed as not injured.

9. According to the Accident Report, the roadway at the location of the collision was asphalt, level and straight. There were no adverse road or weather conditions reported.

10. According to the Accident Report, the Montoya vehicle had moderate damage to the left front of the car. The Wilmot vehicle had moderate damage to the left front of the Blazer.

11. According to the Accident Report, the posted speed limit was 30 m.p.h. The investigating officer estimated the speed of the Montoya vehicle at 10 m.p.h. and the speed of the Wilmot vehicle at 30 m.p.h.

12. According to the officer's notes, Ms. Wilmot reported that the light was yellow as she went through and that the Montoya vehicle turned in front of her. Ms. Wilmot related that she tried to turn away to avoid the collision.

13. The photographs of the Montoya vehicle reveal direct damage to the right front of the car and the driver's door. The damage to the right front of the vehicle includes the hood, the fender, the bumper system and the right front headlamp assembly. The airbag has deployed and the windshield is damaged. A star pattern is visible in the windshield. Broken glass is visible on the seat.

    Damage to the driver's door starts in the vicinity of the middle of the door and extends rearward into the area of the quarter panel. There are dents in the right fender.

    It is probable that the photographs do not show all of the damage to the vehicle.

14. The photographs of Ms. Montoya reveal injuries to her left arm. Bruises are visible on her right arm.

15. The deposition of Diana Montoya indicates that when she pulled up to the intersection the light was green and there was a vehicle ahead of her. Ms. Montoya related that she was waiting behind the crosswalk. After the car ahead of her turned, Ms. Montoya pulled forward and partway into the intersection while waiting to turn. Ms. Montoya described the color of the traffic light as yellow at this point. Ms. Montoya reported that the light was still green when she pulled into the

CITI 000000053

January 18, 2007
Page 3
Montoya & Wilmot

intersection. Ms. Montoya stated that at the time she began the actual left turn the light was red.

Ms. Montoya indicated that she did not see the Wilmot vehicle before impact and had no estimate of the speed of the Wilmot vehicle. Ms. Montoya related that she talked with Ms. Ausborne after the collision and reported that Ms. Ausborne indicated that she did not see the actual collision. Ms. Montoya also related the details she recalled from her conversation with Mr. Krettmeyer.

Ms. Montoya reported that after the collision, her car turned back in the other direction and came to rest in the left through lane Ms. Wilmot had been in. Ms. Montoya indicated that her vehicle was hit on the front passenger side. Subsequently, after her surgery, she observed damage to the driver's side but did not know how that happened.

Ms. Montoya indicated that she told the investigating officer that she had no choice but to turn because the light was red. When she was halfway through her turn she heard brakes, looked to her right and saw a red dot.

Ms. Montoya indicated that she could not open her door and stayed in the vehicle until medical assistance arrived. Ms. Montoya reported that she walked from her car and was placed on a stretcher.

Ms. Montoya related that she was wearing a seatbelt and that her forehead struck the windshield. Ms. Montoya thought her chest hit the steering wheel but did not specifically recall it. She reported that her left arm was broken in the collision. Ms. Montoya also reported injuries to her upper and lower back, neck, left elbow and wrist.

Ms. Montoya described a previous collision in which she was not injured.

16. The deposition of Fred Krettmeyer revealed that he was in the right hand lane. Mr. Krettmeyer indicated that he was approximately 4 car lengths from the intersection when the light turned yellow so he stopped. Mr. Krettmeyer reported that he heard the engine on the other vehicle rev up. Mr. Krettmeyer observed another vehicle, an estimated three to four car lengths behind him, enter the intersection and collide with the Montoya vehicle. Mr. Krettmeyer reported that he was the first vehicle in line at the stoplight and that he was stopped at the time of the impact. Mr. Krettmeyer estimated that he was stopped for a second but was not sure. Mr. Krettmeyer stated that the Montoya vehicle had just started turning after he stopped.

17. The deposition of Jerod Wilson indicates that he was southbound on 1st Street and entered the intersection with Main Street on a solid green light. Mr. Wilson reported that he heard the collision and saw

CITI 000000054

January 18, 2007
Page 4
Montoya & Wilmot

the Wilmot vehicle in his rear view mirror. Mr. Wilson estimated that the Wilmot vehicle was approximately three car lengths behind him in the left lane. Mr. Wilson stated that he did not observe the collision. Mr. Wilson reported that he was probably traveling at the speed limit. Mr. Wilson stated that he did not see the color of the light post impact. Mr. Wilson indicated that the Wilmot vehicle came to rest against the curb. (Mr. Wilson appears to be indicating the west curb.)

18. The deposition of Meri Wilmot indicates that she was southbound in the left lane on 1st Street approaching Main Street. Ms. Wilmot related that the she approached a line of vehicles that had been waiting for the light to turn green. The vehicles started moving and then she started going to get into traffic. According to Ms. Wilmot, as she was accelerating up to speed, the light turned yellow at about the point she reached the crosswalk. Ms. Wilmot indicated that she felt she could not stop safely and proceeded to accelerate through the intersection. Ms. Wilmot observed the turning Montoya vehicle so she hit her brakes and then started turning to the right. Ms. Wilmot estimated her speed at 32 m.p.h. when the light changed.

Ms. Wilmot reported that there was a truck ahead of her that went through the light. Ms. Wilmot estimated that the truck was one to one and half car lengths ahead of her. Ms. Wilmot stated that it was possible the light turned red after she observed it.

Ms. Wilmot stated that she believed that the park ranger witness was on Main Street, two or three cars back from the light.

19. The weather data for the day of the collision indicates the mean temperature was 83 degrees Fahrenheit and that there was no reported precipitation.

20. Ms. Montoya was diagnosed with a comminuted supracondylar fracture.

21. The light cycle for the intersection indicates that southbound and northbound traffic has a 4 second yellow, followed by a one second red clearance phase. No malfunctions or maintenance was reported on the day of the collision.

The following conclusions were reached:

1. The data indicates that of the witnesses, only Mr. Krettmeyer was in a physical position to actually observe the color of the light for southbound 1st Street.

    Mr. Wilson did not see the light at the time the collision occurred or the actual collision. Ms. Ausborne does not appear to have seen the actual collision.

2. There is insufficient data to evaluate the reported statement of Mr. Hamilton. The location of Mr. Hamilton is unclear as is the context of his statement.

3. The description of events from Mr. Krettmeyer indicates that the light was red at the time the Wilmot vehicle entered the intersection. Using normal perception/reaction time and reasonable deceleration rates, if Mr. Krettmeyer began stopping when the light turned yellow, it is unlikely that the light would still have been yellow at the time he physically stopped his vehicle.

4. The description of events from Ms. Wilmot is internally inconsistent. If she was at the crosswalk, traveling at 32 m.p.h. and accelerating when the light turn yellow, she would not have had time to brake and steer before impact. At 32 m.p.h., the distance covered in the standard perception reaction time is approximately 70 feet. The distance from the start of the crosswalk to the area of impact is approximately 30 to 40 feet.

5. The description of Ms. Wilmot appears to contradict the observations of Mr. Wilson.

6. Based on her testimony, it would have taken Ms. Montoya approximately 3 to 5 seconds to reach the area of impact. At 32 m.p.h., Ms. Wilmot entered the intersection less than a second before impact. If Ms. Montoya began moving after the light turned yellow, the Wilmot vehicle entered the intersection against a red light.

The data indicates that Ms. Wilmot accelerated into the intersection against a red light in violation of the traffic codes. The actions of Ms. Montoya were in accordance with the traffic codes.

This report is based on the information currently available. The report may be supplemented as additional information becomes available. This report is based upon our education, experience and the above stated facts[i] it is our opinion that the cause of the collision was the failure of Ms. Wilmot to obey the appropriate traffic control device.

Sincerely,

John J. Smith, PE
MSEE/MSBMT

For Peter Alexander, Ph.D.

---

[i] To arrive at our conclusions we examined the elements listed in the first paragraph of this report. We also relied on our education, experience, and training. In addition, we employed vehicle specification data. Also utilized was information regarding vehicles of similar design and manufacture. This data was correlated with crash data from numerous sources. Typically these include databases such as the

CITI 000000056

January 18, 2007
Page 6
Montoya & Wilmot

Government's NHTSA crash test databases as well as other published collision data. As required, we use area road maps, topographic maps, and aerial photographs to study the collision locale.

To determine velocities, forces, and accelerations we use Newton's Laws of Motion, the standard equations of motion, conservation of momentum, the principle of restitution, vehicle masses, the principals of thermodynamics, and appropriate friction values. The applicable physics is available in most college physics textbooks.

CITI 000000057