**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

___

**ORDER GRANTING TRAVELERS'S MOTION TO**
**STRIKE PLAINTIFF'S EXPERT WITNESS JOHN SMITH**

___

  This COURT having considered Travelers's Motion to Strike Plaintiff's Expert Witness John Smith, and being otherwise informed in the premises,

  Does hereby GRANT this motion.  This Court has reviewed plaintiff's expert endorsement summaries attached as Exhibits A and B.  This Court cannot identify an appreciable difference between the two reports.  The conclusions are the same and the bases for the conclusions are the same.  Thus, Plaintiff's expert disclosure of two accident reconstructionists is needlessly cumulative, would likely mislead the jury, and is unfairly prejudicial under Fed. R. Evid. 403.  Further, plaintiff's endorsement of two accident reconstructionists needlessly increases Travelers's costs in this litigation.  For these reasons, this Court strikes plaintiff's expert witness John Smith.

  Dated this ___ day of February, 2007.

                 _____
                 District Court Judge