## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
## EXPERT DISCLOSURE DEADLINES

---

This COURT having considered Travelers's Motion for Extension of Expert Disclosure

Deadlines, and being otherwise informed in the premises,

Does hereby GRANT this motion.  Travelers Indemnity Company of Connecticut shall

have up to and including March 7, 2007 to serve its expert disclosures under Fed. R. Civ. P.

26(a)(2).  The rebuttal expert disclosure deadline is extended to March 23, 2007.

Dated this __ day of February, 2007.


_____
District Court Judge