

| | | |
|---|---|---|
| KIM B. CHILDS, PRES. | KEVIN P. PEREZ | *of Counsel* |
| FRANK R. KENNEDY *(Retired)* | DAVID W. GERBUS | PAUL E. SCOTT, MD, JD |
| MARK A. FOGG | VALERIE A. GARCIA | NANCY D. MILLER |
| CHARLES R. LEDBETTER | SANDY M. ELORANTO | NATHAN DAVIDOVICH |
| LISA B. HALSTEAD | JULIE E. HAINES | |
| RONALD H. NEMIROW | JENNIFER MADSEN | *Special Counsel* |
| BARBARA H. GLOGIEWICZ | TERRY CIPOLETTI | JAMES G. GASPICH |
| DAWN E. MITZNER | MICHAEL J. GATES | |
| JOHN R. MANN | MILES L. BUCKINGHAM | |
| DANIEL R. McCUNE^ | JULIE TAYLOR GILMORE | + Also Admitted in Nebraska |
| DEAN A. MCCONNELL | MICHAEL D. VAUGHN | ^Also Admitted in Kansas |
| EDWARD D. BRONFIN | STEVEN P. JOHNSTON | |
| CHRISTOPHER K. MILLER+ | TATIANA TAYLOR | |
| DAVID B. GELMAN | STUART A. JAY | |
| STEVEN A. MICHALEK+ | SCOT W. GREENWOOD | |
| CHAD K. GILLAM ^ | NIKE L. FLEMING | |
| CATHERINE O'BRIEN-CRUM | | |

**ATTORNEYS AT LAW**

February 8, 2007

VIA FACSIMILE (303) 320-0827

Lee Berish
Brian A. Murphy & Associates, L.L.C.
1525 Josephine Street
Denver, Colorado 80206

  Re: Montoya v. The Travelers Insurance Company

Dear Mr. Berish:

  This letter is a follow-up to our conversation yesterday. Ms. Montoya requested that we reschedule her deposition set for today because of her grandfather's passing. We agreed to reschedule the deposition and set it for March 15th, the soonest available date on our calendars. This is the second time we have rescheduled Ms. Montoya's deposition at her request. The deposition was originally scheduled for January 16th, and she asked that we reschedule the deposition because of the chance of snow.

  As I mentioned yesterday, we need to provide Ms. Montoya's testimony to our experts before we disclose their opinions. This means that we need to extend our expert disclosure deadline to April 6th, the rebuttal expert deadline to April 20th, the discovery deadline to May 15th, and the dispositive motion deadline to June 15th. Please let me know your position on this motion today as I need to get it on file today. Had Ms. Montoya been available for her first or even her second scheduled deposition, we would not have needed to move these deadlines.



EXHIBIT A

February 8, 2007
Page 2

      As always, please call with any questions.

                Very truly yours,

                KENNEDY CHILDS & FOGG, P.C.

                Jennifer C. Madsen