# BRIAN A. MURPHY & ASSOCIATES, LLC
## *Attorneys at Law*

1525 Josephine Street  
Denver, Colorado 80206  
Telephone:   (303) 316-0813  
Facsimile:   (303) 320-0827  

Brian A. Murphy  
Lee A. Berish  
Gail-Susan Post  

Lee@brianmurphy.net

February 8, 2007

<u>**Via Fax 303-825-0434**</u>

Jennifer C. Madsen  
Kennedy, Childs & Fogg, P.C.  
1050 17th St., Ste. 2500  
Denver, CO 80256-2080

Re:   *Montoya v. Travelers* - Expert Disclosure Deadlines

Dear Ms. Madsen:

I am in receipt fo your letter dated February 8, 2007. Should you need to provide your experts with Ms. Montoya's testimony I am sure that her prior deposition testimony and recorded statement with Rick Ausberger would be more enough information for your experts to rely in forming their opinions. Therefore, I would oppose and extension of time to file expert disclosures at this time.

Please feel free to contact me at your earliest convenience regarding this matter.

Very truly yours,

Lee A. Berish



EXHIBIT B