# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

_____

### ORDER GRANTING TRAVELERS' MOTION FOR EXTENSION OF TRAVELERS' EXPERT DISCLOSURE DEADLINE AND OTHER DEADLINES IN SCHEDULING ORDER
_____

This COURT having considered Travelers' Motion for Extension of Travelers' Expert Disclosure Deadline and Other Deadlines in Scheduling order, and otherwise informed in the premises,

Does hereby GRANT this motion. Travelers Indemnity Company of Connecticut shall have up to and including March 30, 2007 to serve its expert disclosures under Fed. R. Civ. P. 26(a)(2). The other deadlines in the Scheduling Order are extended as follows: April 13, 2007 for Rebuttal Expert Disclosures; May 15, 2007 for Discovery Deadline; and June 15, 2007 for Dispositive Motion Deadline.

Dated this ___ day of February, 2007.

_____
District Court Judge