**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

_____

**STIPULATED MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER**
_____

The Parties, through counsel Brian Murphy and Lee Berish for plaintiff and David B. Gelman and Jennifer C. Madsen for The Travelers Indemnity Company of Connecticut ("Travelers"), jointly move to extend the deadlines in the Scheduling Order as follows:

1.      Travelers moved to extend its expert disclosure deadline and other deadlines in the Scheduling Order in a motion titled Motion for Extension of Travelers' Expert Disclosure Deadline and Other Deadlines in Scheduling Order, filed on February 8, 2007.  After further discussion of counsel, the parties stipulate to the requested extension.  Pursuant to Fed. R. Civ. P. 6, the Parties move to extend the deadlines in the Scheduling Order for the reasons stated in Travelers' motion filed on February 8, 2007 and because Travelers intends to provide plaintiff's deposition to its experts on plaintiff's damages.  Plaintiff's deposition taken in the underlying case is insufficient for these purposes.  Further, plaintiff's deposition may not be used against Travelers in this action.  *See* Fed. R. Civ. P. 32(a).

2.      The Parties stipulate to an extension of the deadlines in the Scheduling Order as

follows:

a.      Travelers' Expert Disclosure Deadline is March 30, 2007.

b.      Rebuttal Expert Disclosure Deadline is April 13, 2007.

c.      Discovery Deadline is May 15, 2007.

d.      Dispositive Motion Deadline is June 15, 2007.

3.      Counsel for Travelers serves a copy of this motion for extension on all parties and

its client under D.C.Colo.L.R.Civ.6.1.D.

4.      A proposed order is attached.

WHEREFORE, the Parties respectfully request that this Court enter an order to extend

Travelers' expert disclosure deadline to March 30, 2007 and the other deadlines in the

Scheduling Order as follows: April 13, 2007 for Rebuttal Expert Disclosures; May 15, 2007 for

Discovery Deadline; and June 15, 2007 for Dispositive Motion Deadline.

Respectfully submitted this 12th day of February, 2007.

BRIAN A. MURPHY & ASSOCIATES, LLC          KENNEDY CHILDS & FOGG, P.C.


s/ Lee A. Berish                                           s/ Jennifer C. Madsen
Brian A. Murphy, Esq.                              David B. Gelman, Esq.
Lee A. Berish, Esq.                                   Jennifer C. Madsen, Esq.
Email:  lee@brianmurphy.net                 Email: dbg@kcfpc.com
       laberish@hotmail.com                              jmadsen@kcfpc.com
*Attorneys for Plaintiff*                            *Attorneys for Defendant Travelers Indemnity*
                                                          *Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2007, a true and correct copy of the above and foregoing **STIPULATED MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brian A. Murphy, Esq.
Lee A. Berish, Esq.
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
lee@brianmurphy.net
laberish@hotmail.com

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants by U.S. Mail:

Eve N. Dodson, CPCU
Unit Manager-Travelers
6060 So. Willow Drive
Greenwood Village, CO 80111

Krista Horn-Watkins
St. Paul Travelers Claim Legal Services
P.O. Box 1787
Benicia, California 94510


*s/ Audra Serlet*
Audra Serlet