IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA

Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendants.

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT JOHN SMITH, OR IN THE ALTERNATIVE, UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**
_____

Plaintiff, Diana Montoya, by and through her attorney, Lee A. Berish, and responds to Defendant's motion to strike Plaintiff's Expert Witness as follows:

### Certification Pursuant to D.C.Colo.L.R.Civ. 7.1

Undersigned counsel has signed a stipulated motion extend disclosure deadlines, which this Court has already ruled upon by grant the extension of disclosure deadlines; therefore, Defendant's alternative request for relief is moot and will not be address by undersigned counsel in this matter.

1.       Plaintiff has endorsed two different accident reconstructionists, Max Scott and John Smith.  Each of Plaintiff's experts has a different approach in reaching their causation opinions.  The simple fact that each of the experts has evaluated all of the evidence available to them does not render their testimony cumulative.  In fact, these two expert have never spoken with each other regarding their opinions in this case.  Each of their independent analysis of this

case will only help the jury in understanding what really happened in the accident that is the core subject matter of this lawsuit.  Plaintiff is more than happy to allow an instruction to the jury pointing out that the number of witnesses each party may have is not relevant.  Defendant states that, "the bases for the conclusions are the same" with absolutely facts to support its conclusion.  Therefore, allowing Plaintiff to endorse two experts is not cumulative.

2. Plaintiff has not endorsed two experts for the simple fact of having two experts testify at trial, although Plaintiff does intend to have two experts testify.  Attached as **Exhibit 1**, the Court will find the resume of John J. Smith, P.E.  Mr. Smith is a Battalion Commander in the U.S. Army Corp of Engineers and currently holds the rank of Colonel.  Mr. Smith is often ordered to active duty in places such as Baghdad, Istanbul, Bangladesh and classified locations.  Therefore, Mr. Smith may be called to active duty at the time of this trial.

3. The Defendant can not simple pick one of Plaintiff's experts and ask this Court to strike them.  It would be more appropriate for Defendant to ask this Court to force Plaintiff to choose one of there two experts; however, Plaintiff needs to have both experts endorsed should Mr. Smith be ordered to report to active duty over seas.  Plaintiff would not want to file a motion requesting this Court to allow Plaintiff to substitute experts on the eve of trial.

4. Allowing Plaintiff to have two expert accident reconstructionists has the logical value of preempting unnecessary delay should Mr. Smith be ordered to active duty.

Wherefore Plaintiff, Diana Montoya, respectfully requests this Honorable Court deny Defendant's Motion to strike expert John Smith or in the alternative allow Plaintiff to choose the one expert they wish to proceed to trial with.

Dated this 23rd day of February, 2007.

      s/ Lee A. Berish
Lee A. Berish
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
Phone: (303) 316-0813
Fax:     (303) 320-0827
E-mail: brian@brianmurphy.net
*Attorneys for Plaintiff Diana Montoya*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23nd day of February, 2007 I filed a copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT JOHN SMITH, OR IN THE ALTERNATIVE, UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES** with the clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jennifer C. Madsen
David B. Gelman
Kennedy, Childs & Fogg, P.C.
1050 Seventeenth St., Ste 2500
Denver, CO 80265-2080
dgelman@kcfpc.com
jmadsen@kcfpc.com

      s/ Lee A. Berish
Lee A. Berish
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
Telephone:    (303) 316-0813
Fax:             (303) 320-0827
E-mail: brian@brianmurphy.net
*Attorney for Plaintiff Diana Montoya*