IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01735-RPM

DIANA MONTOYA,

    Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

    Defendant.

## ORDER ON MOTIONS

On January 2, 2007, the defendant filed a motion to strike plaintiff's expert John Smith or in the alternative extend time for expert disclosure deadlines.  On February 12, 2007, the parties filed a stipulated motion to extend the deadlines in the Scheduling Order, which stipulated to extending the defendant's expert disclosure deadline to March 30, 2007, and other discovery deadlines including a dispositive motion deadline to June 15, 2007.  The plaintiff has responded to the motion to strike and the defendant filed a reply.  The issue raised by the motion to strike is that the plaintiff has designated two accident reconstruction experts to support the same opinion.  The plaintiff's explanation is that the witness John Smith may be called to military duty and unavailable at the time of trial.  The Court will not entertain cumulative testimony at trial and the defendant should not be in the position of preparing to counter two expert witnesses to the same opinion.  Accordingly, it is

ORDERED that the plaintiff will select either John Smith or Rex Scott as the

plaintiff's designated accident reconstruction opinion witness for trial and notify the defendant of that selection on or before March 15, 2007.  It is

FURTHER ORDERED that the stipulated motion to extend deadlines in the Scheduling Order is granted.

Dated: March 9th , 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge