IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **February 29, 2008,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

      Has all discovery been completed?
      Is it reasonable to expect that counsel will agree on a pretrial order
          without convening a pretrial conference?
      Are any motions pending or contemplated?
      Is this a jury trial?
      What is the expected length of trial?
      What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated: January 14, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____

Richard P. Matsch, Senior District Judge
**CALENDAR CALL**

February 29, 2008

**8:00 a.m.**

| | | |
|---|---|---|
| 06-cv-1735-RPM | DIANA MONTOYA v.<br>THE TRAVELERS INDEMNITY<br>  COMPANY OF CONNECTICUT | Lee A. Berish<br> David B. Gelman<br>Jennifer C. Madsen |
| 06-CV-1872-RPM-MEH | JACK MUST v.<br>AMERICAN FURNITURE WAREHOUSE<br>  CO. d/b/a AMERICAN FURNITURE<br>  WAREHOUSE | Ross B. H. Buchanan<br>Andrew W. Volin<br>Gary J. Benson |
| 06-cv-1893-RPM | LEO REFUERZO v.<br>JASON GALLEGOS and<br>JASON D. HINRICHS | David A. Lane<br>Marcel Krzystek<br>Heidi M. Miller |
| 06-cv-2239-RPM-CBS | THOMAS MARTINEZ v.<br>UNITED STATES OF AMERICA | Thomas A. Bulger<br>Mark S. Pestal |
| 06-cv-2578-RPM | HEATHER A. HEMBREE v.<br>BOARD OF COUNTY COMMISSIONERS,<br>  WELD COUNTY, COLORADO d/b/a<br>WELD COUNTY DIVISION OF HUMAN<br>  SERVICES' TRANSPORTATION DEPT. | Lonn M. Heymann<br>Thomas Lyons<br>Katherine M. L. Pratt |

**8:30 a.m.**

| | | |
|---|---|---|
| 97-cv-29-RPM | BUCK MALOY MELTON v.<br>CITY OF GUNNISON, COLORADO,<br>OFFICER RONALD MOORE, and<br>OFFICER GRACE COWAN | Sean McDermott<br>Eric M. Ziporin |
| 07-cv-170-RPM-CBS | RUSSELL A. PULS, JR. V.<br>LANDMARK COMMUNITY<br>  NEWSPAPERS, INC., and<br><br>LANDMARK COMMUNITY<br>  NEWSPAPERS OF COLORADO,<br>  INC. | Bruce G. Smith<br>William M. Furr<br>    Barbara A.<br>      Grandjean |
| 07-cv-355-RPM | LOREE McCORMICK-RICE and<br>CASSIDY RICE v.<br>CHARLES DeSHAZER and DILLON<br>  COMPANIES, INC., d/b/a KING<br>  SOOPERS, INC., and | David A. Lane<br>Elisabeth Hunt White<br>Peter R. Morales<br>David R. Osborne<br>Stephen Higgins |

EARNEST SANDS                    Jonathan Streelman

## CALENDAR CALL - February 29, 2008

**8:30 a.m.**  (Cont'd)

07-cv-371-RPM          CHARLES CARDWELL and              James A. Reed
                       VICKI CALDWELL v.                 Andrew D. Ringel
                       THE COUNTY OF PARK,               Richard Lamphere
                       FRED WEGENER,                     Stephen U. Mullens
                       MONTE GORE,                       Michael Obernesser
                       GREGORY S. FLINT,                 Dennis Hartley
                       STEVEN GROOME,                    Katherine M. L. Pratt
                       SHAWNA WHITEOWL and
                       MARK DAMON

07-cv-540-RPM-CBS      FREDERICK M. ANTHONY v.           Phillip S. Lorenzo
                       EDWARD J. WALSH,                  Keith P. Ray
                       GARY LEV,                         Hollie L. Wieland
                       MICHAEL WALSH, and
                       WILD HORSE INVESTMENT PARTNERS,
                         LLC

07-cv-551-RPM          STEVE A. BOSTWICK v.              Fredric A. Bremseth
                       UNION PACIFIC RAILROAD COMPANY    Jack David Robinson
                                                         Steven E. Napper
                                                         Mark C. Hansen

07-cv-729-RPM          DUANE ROBERTSON v.                Philip W. Bledsoe
                       THE AVATAR GROUP, INC.,           Nicole A. Westbrook
                       INTELLINETICS, INC.,              Randolph S. Dement
                       A. MICHAEL CHRETIEN, and
                       MATTHEW L. CHRETIEN

07-cv-922-RPM          REBECCA A. CAPPS v.               John R Olsen
                       LEVEL 3 COMMUNICATIONS, LLC       Meghan W. Martinez
                                                         Leah VanLandschoot