**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 29, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 06-cv-01735-RPM

DIANA MONTOYA,                                                      Lee A. Berish

      Plaintiff,

v.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,      David B. Gelman
                                                 Jennifer C. Madsen

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Calendar Call**

**7:55 a.m.      Court in session.**

Entry of appearances by counsel.

Joint Status Statement submitted.

Counsel state outside mediation is scheduled for March 17, 2008.

**ORDERED:   Five jury day trial scheduled September 8, 2008.
            Proposed pretrial order to be submitted by August 7, 2008 by 4:00 p.m. in
            paper format directly to chambers.**

**7:58 a.m.      Court in recess.**

Hearing concluded.  Total time: 03 min.