IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01735-RPM

DIANA MONTOYA,

    Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to jury on **September 8, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**

    Dated: February 29, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge