## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

_____

### STIPULATED MOTION TO DISMISS *WITH PREJUDICE*
_____

Plaintiff DIANA MONTOYA, through counsel Lee Berish, and Defendant, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (TRAVELERS), through counsel David B. Gelman and Jennifer C. Madsen of Kennedy Childs & Fogg, P.C., stipulate that all claims in this matter, including all those in the Complaint, should be dismissed, *with prejudice*, all parties responsible for their own fees and costs.

Respectfully submitted this 26th day of March, 2008.

*s/ Lee Berish*
_____
Lee Berish, Esq.
BRIAN A. MURPHY & ASSOCIATES, LLC
1525 Josephine Street
Denver, Colorado 80206
Email: lee@brianmurphey.net
*Attorneys for Plaintiff*

*s/ Jennifer C. Madsen*

---

David B. Gelman, Esq.
Jennifer C. Madsen, Esq.
KENNEDY CHILDS & FOGG, P.C.
1050 Seventeenth Street, Suite 2500
Denver, Colorado 80265-2080
Office: (303) 825-2700
Email: dgelman@kcfpc.com
        jmadsen@kcfpc.com
*Attorneys for Defendant Travelers Indemnity Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2008, a true and correct copy of the above and foregoing **STIPULATED MOTION TO DISMISS *WITH PREJUDICE*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lee A. Berish, Esq.
Brian A. Murphy & Associates, LLC
1525 Josephine Street
Denver, Colorado 80206
lee@brianmurphy.net
laberish@hotmail.com

*s/ Shannon King*
Shannon King