UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01735-RPM-MJW

DIANA MONTOYA,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

Defendant.

_____

**ORDER OF DISMISSAL OF ALL CLAIMS *WITH PREJUDICE***
_____

This matter coming before the Court on the Stipulated Motion to Dismiss with Prejudice, due notice having been given and the court having reviewed the pleadings, it is

ORDERED that the Motion is GRANTED. All claims in this matter, including those alleged in the Complaint, are hereby dismissed, *with prejudice*, all parties being responsible for their own costs and fees.

Entered this 27th day of March, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge